IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01300-REB-CBS

YVONNE BAUGHMAN,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#16] filed September 23, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#16] filed September 23, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for August 12, 2011, is **VACATED**;

3. That the jury trial set to commence August 29, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 24, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      *Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge